IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CASANDRA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-16 (MTT) |
| | ) |
| WILLIAM SCOTT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Casandra Jones has moved for reconsideration of the costs taxed against her. Doc. 92. Judgment was entered in the defendants' favor on March 2, 2021. Doc. 82. On March 31, the defendants filed a Bill of Costs, seeking reimbursement of $451.63 for costs, other than attorney's fees, arising from their defense of Jones's claims. Doc. 83. On April 29, the Clerk granted the defendants' request, and $451.63 in costs was taxed against Jones. Doc. 84. On May 7, the Court received Jones's motion for an extension of time to object to the defendants' Bill of Costs. Doc. 85. The Court stated that Jones could move for reconsideration of the costs taxed against her by May 28, and, after another extension was requested and granted, the Court received Jones's motion on June 15. Docs. 87; 90; 91.

Jones's only argument is that the defendants did not timely move for costs pursuant to Rule 54 of the Federal Rules of Civil Procedure. Doc. 92. Specifically, she argues that the "Defendants' Bill of Costs was not filed in a timely manner pursuant to Fed. Rules of Civ. Pro. Rule 54. Judgment in this case was on March 2, 2021 and the

Defendants Bill of Costs was filed on March 31, 2021 which is beyond the '14 days after the entry of judgment.'" *Id*. at 1-2 (citations omitted). The 14-day deadline Jones references applies to claims for attorney's fees. Fed. R. Civ. P. 54(d)(2)(B) ("Unless a statute or court order provides otherwise, the motion [for attorney's fees] must … be filed no later than 14 days after the entry of judgment."). Here, the defendants are not seeking reimbursement of attorney's fees. Rather, they seek reimbursement of printing costs and deposition transcript costs, both of which are recoverable under 28 U.S.C. § 1920.

Because the defendants are seeking costs other than attorney's fees, the rule cited by Jones is inapplicable. Instead, Local Rule 54.2.2 controls. It reads, "a Bill of Costs must be filed by the prevailing party within thirty (30) days from the entry of the judgment[.]" M.D. Ga. L.R. 54.2.2. The defendants' Bill of Costs was filed 28 days after the entry of judgment. Docs. 82; 83. Accordingly, Jones's motion for reconsideration of the costs taxed against her (Doc. 92) is **DENIED**.

**SO ORDERED**, this 28th day of June, 2021.

S/ Marc T. Treadwell  
MARC T. TREADWELL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT